IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MILTON,

       Plaintiff,                                CV F 04 5556 AWI  WMW   P

   vs.                                        <u>ORDER RE MOTION (DOC 31 )</u>

E. LAWTON,  et al.,

       Defendants.

       Plaintiff has filed a motion requesting the court to return to plaintiff mail that has been returned to the court as refused.  Though unclear from plaintiff's request, the only docket entry indicating return mail is a return of the January 26, 2005, order denying as moot plaintff's request to serve the complaint.  The request was moot as defendants had responded by a motion to dismiss.  As to any other documents, all submissions in the court file are in the custody of the court.  Copies can be obtained for the requisite fee by contacting the Clerk's Office. Accordingly, plaintiff's motion is denied.

IT IS SO ORDERED.

1

1 | **Dated:** <u>September 15, 2005</u>            <u>      /s/  **William M. Wunderlich**      </u>
mmkd34                                             UNITED STATES MAGISTRATE JUDGE