IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MILTON,

    Plaintiff,

vs.

E. LAWTON, et al.,

    Defendants.

CV F 04 5556 AWI  WMW  P

<u>ORDER DENYING MOTION FOR INJUNCTION</u>

(Document #33)

    Plaintiff is a state prisoner proceeding on a civil rights complaint brought pursuant to 42 U.S.C. § 1983. In the complaint, Plaintiff alleges that Correctional Sergeant E. Lawton and Correctional Sergeant R. Beer subjected him to excessive force in violation of the Eighth Amendment.

    On February 22, 2005, Plaintiff filed a motion for injunctive relief. Plaintiff requests access to the law library and requests an order prohibiting certain correctional officials from engaging conduct that interferes with access to the law library.

    The purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. <u>University of Texas v.</u>

1  Camenisch, 451 U.S. 390, 395 (1981).  A preliminary injunction is available to a plaintiff who
2  "demonstrates either (1) a combination of probable success and the possibility of irreparable
3  harm, or (2) that serious questions are raised and the balance of hardship tips in its favor."
4  Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987).
5          Plaintiff's request for injunctive relief does not address any conduct on behalf of
6  the two named defendants in this action.  The court must have personal jurisdiction over the
7  parties to be enjoined; it may not enjoin defendants not yet served or before the court.  Zepeda v.
8  United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).   In addition, "to prevail on a motion for
9  preliminary injunctive relief, the moving party must establish a relationship between the injury
10 claimed in the motion and the conduct giving rise to the complaint." Lebron v. Armstrong, 289 F.
11 Supp. 2d 56, 61 (D. Conn. 2003).    Plaintiff seeks a preliminary injunction regarding law library
12 access.  His underlying claim alleges a violation of his Eighth Amendment by Defendants'
13 alleged use of excessive force.   Preliminary injunctive relief is designed to preserve the status
14 quo regarding the substance of the case; it is not available for the purpose of ensuring that
15 Plaintiff can effectively or efficiently litigate his case.  As Plaintiff's motion seeks to redress an
16 injury unrelated to the underlying action, the preliminary injunction must be denied.
17         Accordingly, Plaintiff's motion for a preliminary injunction is DENIED.

19 IT IS SO ORDERED.
20 **Dated:     September 27, 2005**              **/s/ Anthony W. Ishii**
   0m8i78                                       UNITED STATES DISTRICT JUDGE

2