IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT S. MILTON,

        Plaintiff,           CV F 04 5556 AWI WMW P

   vs.

E. LAWTON, et al.,           ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

        Defendants.           (DOC 37)

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

        In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th

1

Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.

Accordingly, plaintiff's request for the appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:     February 21, 2006**                   **/s/  William M. Wunderlich**
mmkd34                                             UNITED STATES MAGISTRATE JUDGE