IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT S. MILTON,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>E. LAWTON, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:04-cv-5556 AWI WMW P<br><br>**ORDER GRANTING REQUEST<br>FOR EXTENSION OF TIME** |

　　　　The Court has considered Defendants' request for extension of time and good cause appearing,

　　　　IT IS ORDERED that Defendants shall have until July 21, 2006, to take Plaintiff's deposition, and they shall have until September 29, 2006, to file a dispositive motion.

04pc5556.o.depo.wpd IT IS SO ORDERED.

**Dated:　　June 20, 2006**　　　　　　　　　　　/s/  William M. Wunderlich
mmkd34　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER
1