IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT S. MILTON,** | Case No. 1:04-cv-5556 AWI WMW P |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **E. LAWTON, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request for an extension of time and good cause appearing,

IT IS ORDERED that Defendants have until December 15, 2006, or one month after Plaintiff returns to the custody of the California Department of Corrections and Retaliation, whichever is later, to take Plaintiff's deposition. The deadline to for both parties to file dispositive motions shall be January 31, 2007.

IT IS SO ORDERED.

**Dated:   July 24, 2006**           /s/  William M. Wunderlich
j14hj0                               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME

1