UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT S. MILTON, | ) | 1:04-CV-5556 AWI WMW P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #62) |
| E. LAWTON, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 20006, defendants filed a motion to extend time to file a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendants are granted thirty days from the date of service of this order in which to file its motion for summary judgment.

2. The deadline for both parties to file dispositive motions will be April 2, 2007.

IT IS SO ORDERED.

**Dated:   February 6, 2007**          /s/  William M. Wunderlich
j14hj0                                              UNITED STATES MAGISTRATE JUDGE