**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT MILTON,

      Plaintiff,             CV F 04 5556 AWI WMW P

  vs.                             ORDER RE MOTION (DOC 65)

E. LAWTON, et al.,

      Defendants.

      Plaintiff has sent to the court a document titled as an opposition to Defendants' motion for summary judgment. Also pending before the court is Plaintiff's motion for sanctions.

      Plaintiff seeks sanction on the ground that Defendants have failed to file a motion for summary judgment. Defendants have indicated that they do not intend to file a motion for summary judgment. The motion for sanctions is therefore denied. There is no motion for summary judgment pending. The court will therefore return to Plaintiff his opposition.

      Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for sanctions is denied

    2. The Clerk's Office shall return to Plaintiff the opposition received by the Court on July 2, 2007.

IT IS SO ORDERED.

**Dated:**   **July 9, 2007**                                      **/s/ William M. Wunderlich**
                                                               UNITED STATES MAGISTRATE JUDGE