IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MILTON,

              Plaintiff,         CV F 04 5556  AWI WMW PC

      vs.                    ORDER RE MOTIONS (DOCS 68, 72)

E. LAWTON, et al.,

              Defendants.

       Plaintiff has filed a motion requesting the court to appoint a mediator, as Plaintiff is amenable to a settlement.   Absent a stipulation by Plaintiff and counsel for Defendants that a settlement conference is desired, the Court will not enter into settlement negotiations, nor will the Court appoint a mediator.  This request is therefore denied.

       Plaintiff has also filed a motion requesting the Court to set a trial date.  A pretrial scheduling order has been entered, setting a date for trial and for a trial confirmation hearing. This motion should therefore be denied as moot.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for appointment of a mediator and setting of a trial date are denied.

 IT IS SO ORDERED.

**Dated:   February 11, 2008**          _____**/s/  William M. Wunderlich**_____
                             UNITED STATES MAGISTRATE JUDGE