# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MILTON, | 1:04-CV-5556 AWI WMW P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| v. | |
| E. LAWTON, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORM TO DEFENDANTS |

Plaintiff Robert S. Milton is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial on October 28, 2008.

A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible. Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters. While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

  In this action, Plaintiff has consented to Magistrate Judge Jurisdiction. However, Defendants have not stated whether they are willing to consent to Magistrate Judge Jurisdiction. Defendants will be provided with forms that will allow them to consent or decline Magistrate Judge Jurisdiction. Within ten days from the date of service of this order, Defendants shall inform the court whether Defendants are willing to consent to or decline Magistrate Judge Jurisdiction by filling out the form and returning it to the court.

  Accordingly, the court HEREBY ORDERS as follows:

1. The Clerk of the Court is DIRECTED to send Defendants the form that will allow them to consent to or decline Magistrate Judge Jurisdiction; and

2. Within **ten (10) days** from the date of service of this order, Defendants shall notify the court whether they consent to or declines Magistrate Judge jurisdiction by filling out the enclosed form and returning it to the court.

IT IS SO ORDERED.

**Dated:   September 15, 2008**          /s/ Anthony W. Ishii
                CHIEF UNITED STATES DISTRICT JUDGE